Lillian Radtke, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,455.

604

 Opinion filed July 2, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Estelle M. Wells, for appellee.

Mr. Justice Matchett delivered the opinion of the court.